**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01496-CV

### WILLIAM A. PANAMENO, Appellant

### V.

### PATRICK D. MANN, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15401**

**ORDER**
Before Justices Whitehill, Molberg, and Nowell

Before the Court is appellee's August 25, 2020 opposed motion to vacate the appeal and remand the case to the trial court. We **DEFER** the motion to the submissions panel. Appellee's brief, if any, shall be filed within ten days of the date of this order.

/s/     BILL WHITEHILL
        JUSTICE